**FILED**

MAY 30 2023

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

2:23-CV-00391-SPC-NPM

#1   5-14-23

TO: THE HONORABLE OFFICE,
OF THE CLERK'S OF COURT
AT THE UNITED STATE'S SUCH
FEDERAL COURT OF U.S. COURT
HOUSE, & FEDERAL BLDG.
2110-FIRST STREET, FORT MYERS, FLA. 33901

OC# 143485

JESSIE JAMES PETERSON JR.   UNKNOWN AT CASE #
"PLAINTIFF"                 THIS TIME
"VICTIM"                    UNKNOWN AT
HUMAN BEING,                JUDGE:
UNITED STATE'S SAID         THIS TIME
CITIZEN ETC. ALL            "PRO" "SE"

"VS." DEFENDANT'S:
THE LEE COUNTY              SEEKING AN
SHERIFF'S POLICE            "SUM" OF TOTAL
DEPT. ETC. ALL              $3,000,000
DAVE JENNINGS               THREE MILLION
JUSTINE ADAMS D. POIRIER    DOLLARS U.S.
MATHEW ANGELL               CURRENCY

2-of-9        #2        5-14-23

1. THAT on AND upon THIS VERY YEAR AND DAY on said SIGNIFICANT INCIDENT HAD DEVELOPED. CAUSED BY AN TRAFFIC STOP. TCC, which ENDED up. AS AN BRUTAL EVIL BEATING DONE AND COMMITTED BY THE SAID DEPARTMENT OF THE LEE COUNTY SHERIFF'S DEPARTMENT. TOTALING THESE LISTED. SUCH CRUELY INITIATED VICIOUS EVENT'S AS while my—

3-of-9      #3.   5-14-23

2- Two yange children, seated inside of the back passenger, side of seating once with an children's child restraint "mandatory" seat being at 15 - fifth-teen month's old and my yang 4-years old. Badly shaken up, little girl. whan did witness. All of these Race said Racist. word's called. being a - nigger. Bitch - Bastard.

4-of-9   #4   5-14-23

By way's of these 21-
Deputy Sheriff's officials
it caused the brutal
beatting of my self and
tramatized 2-children
2. with me not being
the operator or driver
of this victimized such
situation, bailed & rani
away from this vehicle
with never being at
all captured or such,

5 -of- 9      #5      5-14-23

APPREHENDED. But JUST VANISHED. AND Right in Front of my Two, young children, I was. GANGED UP ON. AND. Almost THEN Killed. without ANY such "REGARD's or REASON's AND. It's not AT ALL BEEN OVER THE 4-YEARS, such STATUTORIAL & constitutional Limit-TATIONS of EXPIRED Filing Limitation, SO- I

6-of-9      #6      5-14-23

I HEREBY DULLY DOE'S DO THE RESPECTFULNESS TO STATE THAT all. of THE while THIS INCIDENT is continuing my Two, kid's DAUGHTERS. ARE BEING AT Held, At. Gun points 2 - Two, small, kid's what can, little children CAUSE "HARM". FOR, THEY DID not DESERVE THIS Types. of TORTCHERS or, BEEN. SUSPECT'S of

7 of 9    #7    5-14-23

any such criminal said purpose. But of all took place and happened on this day listed the Lee County officers of Sheriff's Dept. was very racist calling me nigger, and Black such monkey, & African slave it's horrible and nasty with all due, such calls I'm also, seeking

"AN": VOICE STRESS TEST EVALUATION of ALL of THE SHERIFF'S DEPUTIES AND OFFICIALS whom DID EVENLY INVOLVED THEMSELVES AND PARTICIPATED IN THIS INITIAL ORDEAL AND ARRESTED plus THE SAID SHERIFF of LEE COUNTY ORGANIZATION & DEPARTMENT AND TO SOLVE ALL LISTED. But, TRUTH'S of EVERY THING PERTAINING

9-of-9   #9   5-14-23

Too, "His Jurisdiction of Chapter's of Police Dept. AND Plus. These crucial "Racial" Slurs AND Actions of "An" Black man. Being spit upon. Beathened too, Fracture Ribb's "Busted Eye's. AND Critically Suffering etc. All. All Committed AND Done. At my 2-small kid's "Eye's." "Respectfully." "Submitted."

Y43455
DC#

Print Name
x JESSIE J. Peterson

DC# Y43455
Sign Name
JESSIE JAMES PETERSON

1-of-1                    #1    5-14-23

ON THIS DAY 14th MONTH 5th YEAR 2023

A "CERTIFICATE" OF SERVICE:

I. JESSIE JAMES PETERSON JR DC#V43455 DULY DOE'S HEREBY SWARE'S UNDER, AN OATH OF AN PERSONNED. OF ALL, AUTHORIZED, WITNESSING TRUSTED - TRUTH'S THAT AN ORIGINAL COPY OF AN FEDERAL LAW SUIT, IS MAILED TO, ADDRESS AT. U.S. COURTHOUSE & FEDERAL BLDG., 2110 FIRST STREET FORT-MYERS, FLA, 33901

PRINT NAME DC# V43455
x Jessie James Peterson Jr.

SIGN NAME DC# V43455
x Jessie James Peterson Jr.

RESPECTFULLY SUBMITTED
THREE million 00 DOLLARS U.S. CURRENCY