UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSIE JAMES PETERSON, JR.,

    Plaintiff,

v.                                                      Case No.: 2:23-cv-391-SPC-NPM

LEE COUNTY SHERIFF, DAVE JENNINGS, JUSTINE ADAMS, D. POIRIER and MATHEW ANEELL,

    Defendants.
_____/

## ORDER

Plaintiff Jessie James Peterson, Jr., a prisoner of the Florida Department of Corrections, filed a *pro se* complaint on May 30, 2023 (Doc. 1). In its Standing Order, the Court ordered Peterson to pay the filing fee or move to proceed *in forma pauperis* no later than June 29, 2023. (Doc. 3). Peterson did not comply.

Before dismissing a prisoner's complaint for failure to pay a filing fee or request leave to proceed without one, a court must make a reasonable inquiry into the reason for the failure. *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002). A prisoner's case should not be dismissed if his failure to pay the filing fee is caused by circumstances beyond his control. *Id.* at 1321. On

September 13, 2023, the Court ordered Peterson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with the Court's Standing Order (Doc. 4). Peterson did not respond. The Court will therefore dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 11, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2